# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00346-RJC-DSC

| | |
|---|---|
| **STEVE GIFFORD et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PRO LINE PRODUCTS, INC. et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

       **THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice [for Hunter S. Freeman and Greg Dimmick] …" (documents ## 3 and 8) filed July 14, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>.

       The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

       **SO ORDERED**.

Signed: July 17, 2017

_____

David S. Cayer
United States Magistrate Judge