# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Civil Action No.: 3:17-cv-00346-RJC-DSC

| | |
|---|---|
| **STEVE GIFFORD AND THE CREATIVE PRODUCT GROUP, INC.,**<br><br>**Plaintiffs and Counterclaim-Defendants,**<br><br>v.<br><br>**PRO LINE PRODUCTS, INC. AND PRO LINE CHEMICAL & PLASTICS, LLC,**<br><br>**Defendants and Counterclaim-Plaintiffs.** | **ORDER** |

**THIS MATTER** is before the Court on the parties' "Joint Motion To Stay Deadlines To Consummate Settlement" that was filed on July 25, 2018 (document #35). The Court, having considered the Motion, concludes that good cause exists to <u>grant</u> the Motion. Accordingly, the deadlines set forth in this Court's Pretrial Order and Case Management Plan (document #20), as amended on March 8, 2018 (document #24) and April 30, 2018 (document #29), shall be stayed for a period of thirty days.

The Clerk is directed to send copies of this Order to counsel of record <u>and the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: July 26, 2018

David S. Cayer
United States Magistrate Judge